JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOSEPH WILLIAMS, | ) | NO. CV 22-671-RSWL(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| GIGI MATTESON, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: May 17, 2022.

                                         */S/ RONALD S.W. LEW*
                                         RONALD S.W. LEW
                                  UNITED STATES DISTRICT JUDGE